# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| IN DEFENSE OF ANIMALS *et al.* ) | |
| ) | 1:09-cv-02222 (PLF) |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| KEN SALAZAR, Secretary of the Interior, *et al.*, ) | |
| ) | |
| **Defendants,** ) | |
| ) | |
| and ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION ) | |
| ) | |
| **Defendant-Intervenors.** ) | |
| ) | |

**SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION'S CROSS MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant-Intervenors Safari Club International and Safari Club International Foundation ("Safari Club") move for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7(h). Safari Club asks this court to uphold the Bureau of Land Management's ("Bureau") Capture Plan and Final Environmental Assessment for the Calico Mountain Complex, including the removal of excess horses to long-term holding facilities outside of Nevada. As set forth in the accompanying Memorandum of Law, the Bureau of Land Management's Capture Plan and Final EA comply with the Wild Free Roaming Horses and Burros Act, the Federal Land Policy and Management

Act, the National Environmental Policy Act, and the Administrative Procedures Act. Safari Club requests that the Court grant this Cross-motion for Summary Judgment as well as the summary judgment motions of the Federal Defendants and all other defendant-intervenors and further requests that this court deny Plaintiffs' motion for summary judgment, dismiss all claims of Plaintiffs' Second Amended Complaint and enter final judgment in favor of Safari Club and the Federal Defendants.

Dated March 17, 2010.

Respectfully Submitted,

/s/ Anna M. Seidman_____
Anna M. Seidman
D.C. Bar No. 417091
Douglas S. Burdin
D.C. Bar No. 434107
Safari Club International
501 2nd Street, NE
Washington, DC 20002
Tel:  (202) 543-8733
Facsimile:  (202) 543-1205
dburdin@safariclub.org
aseidman@safariclub.org

*Counsel for Defendant-Intervenors*
*Safari Club International and Safari Club*
*International Foundation*